```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  California State Bar No. 107014
    Assistant United States Attorney
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7       E-mail   : marcus.kerner@usdoj.gov

 8  Attorneys for Defendant

 9  Robert C. Huntley (ISB #894)
    HUNTLEY PARK LLP
10  250 So. Fifth Street, Suite 660
    P.O. Box 2188
11  Boise, Idaho 83701
    Telephone: (208) 345-7800
12  Facsimile: (208) 388-0234

13  Richard M. Katz, Esq. (SBN 86941)
    Law Offices of Richard M. Katz
14  1122 East Green Street
    Pasadena, CA 91106
15  Telephone: (626) 796-6333
    Facsimile: (626) 796-5615
16
    Attorneys for Plaintiff
17
18                      UNITED STATES DISTRICT COURT

19                FOR THE CENTRAL DISTRICT OF CALIFORNIA

20                            WESTERN DIVISION

21
    HERMAN W. STRAUSS,           )   No. CV 05-2984-DOC(RCx)
22                               )
              Plaintiff,         )   ORDER ON STIPULATION TO DISMISS
23        v.                     )
                                 )
24  THE UNITED STATES MARSHALS   )
    SERVICE, et al.,             )
25                               )
              Defendant.         )
26  _____)

27        Good cause having been shown, the action is dismissed in

28
```

its entirety with prejudice, each side to bear their own costs and attorneys fees.

Dated:     June 30, 2010

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge

2